UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-62472-RAR

SPY OPTIC INC.,

        Plaintiff,

v.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

        Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF
CONSENT FINAL JUDGMENT AND PERMANENT INJUNCTION AS TO
THE CONSENT JUDGMENT DEFENDANTS IDENTIFIED ON SCHEDULE "A"**

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Entry of Consent Final Default Judgment and Permanent Injunction as to the Consent Judgment Defendants Identified on Schedule "A" [ECF No. 34] ("Motion").

Plaintiff, Spy Optic Inc. and the Defendants identified on Schedule "A" hereto (collectively, the "Consent Judgment Defendants") stipulate and consent to the following: (1) the Consent Judgment Defendants allegedly adopted and began using trademarks in the United States which allegedly infringe and dilute the distinctive quality of Plaintiff's various registered trademarks as identified in Paragraph 15 of the Amended Complaint [ECF No. 19] ("Spy Optic Marks"); (2) the Consent Judgment Defendants' use of names and marks which incorporate one or more of the Spy Optic Marks is likely to cause confusion as to source or origin; (3) the parties desire to settle and have amicably resolved their dispute to each of their satisfaction; and (4) based on Plaintiff's good faith prior use of the Spy Optic Marks, Plaintiff has superior and exclusive

rights in and to the Spy Optic Marks in the United States and any confusingly similar names or marks.

Accordingly, the following is hereby **ORDERED AND ADJUDGED**:

1. Plaintiff's Motion [ECF No. 34] is **GRANTED**.

2. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, a final judgment and permanent injunction in favor of Plaintiff and against the Consent Judgment Defendants will be entered by separate order.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of March, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

## SCHEDULE "A"
## CONSENT JUDGMENT DEFENDANTS BY NUMBER, SELLER ID, AND INDIVIDUAL, BUSINESS ENTITY, OR UNINCORPORATED ASSOCIATION

| Defendant Number | Defendant / Seller ID | Individual, Business Entity, Or Unincorporated Association |
|---|---|---|
| 11 | 365-day | Liu Fei |
| 12 | 4-00389 | |
| 13 | 5hk3765 | |
| 15 | duxiazh_7019 | |
| 16 | gift2020 | |
| 17 | goodstudyseller | |
| 19 | junmxas0 | |
| 20 | lijian1121 | |
| 22 | strong2018 | |
| 83 | CZYOUTH0203 | Zhihong TAN |
| 110 | YY_lovely | |
| 120 | Magic wooden combs from the East | |
| 121 | ningboyiyang | |
| 196 | Ruoyunxing | Panpan Zheng |