# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-CV-62472-RAR

SPY OPTIC INC.,

        Plaintiff,

v.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

        Defendants.

_____/

### <u>ORDER GRANTING PLAINTIFF'S MOTION FOR FINAL DEFAULT JUDGMENT</u>

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Entry of Final Default Judgment [ECF No. 35] ("Motion"). Plaintiff Spy Optic, Inc. seeks entry of a default final judgment against Defendants, the Individuals, Business Entities, and Unincorporated Associations identified on Schedule "A" that operate commercial Internet websites and/or e-commerce stores that infringe Plaintiff's trademarks and promote and sell counterfeit goods bearing and/or using Plaintiff's trademarks. *See generally* Mot. [ECF No. 35]. Plaintiff requests the Court: (1) enjoin Defendants from producing or selling goods that infringe on its trademarks; (2) disable, or at Plaintiff's election, transfer the domain names at issue to Plaintiff; (3) assign all rights, title, and interest, to the domain names to Plaintiff and permanently delist or deindex the domain names from any Internet search engines; (4) remove the listings and associated images of goods bearing and/or using counterfeits and infringements of Plaintiff's trademarks at issue, and the goods of each Defendant bearing one or more of Plaintiff's trademarks held by the Internet marketplaces be surrendered to Plaintiff; and (5) award statutory damages. *See generally id.*

A Clerk's Default [ECF No. 31] was entered against Defendants on March 10, 2022, after Defendants failed to respond to the Amended Complaint [ECF No. 19], despite having been served.  *See* Proof of Service [ECF No. 29].  The Court having considered the record and noting no opposition to Plaintiff's Motion, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion [ECF No. 35] is **GRANTED** for the reasons stated herein.  Pursuant to Rule 58 of the Federal Rules of Civil Procedure, a default final judgment will be entered by separate order.

## BACKGROUND[1]

### A.    Factual Background

Plaintiff is the owner of the following trademarks, which are valid and registered on the Principal Register of the United States Patent and Trademark Office ("Spy Optic Marks"):

| Trademark | Registration Number | Registration Date | Class / Goods |
|-----------|---------------------|-------------------|---------------|
| SPY | 1,981,513 | June 18, 1996 | IC 009.  Glasses and sunglasses. |
| SCOOP | 2,146,655 | March 24, 1998 | IC 009. Sunglasses. |
| | 2,157,268 | March 12, 1998 | IC 009. Sunglasses. |
| LOGAN | 3,489,694 | August 19, 2008 | IC 009. Sunglasses. |
| SPY | 3,750,166 | February 16, 2010 | IC 035. Retail store services and on-line retail store services featuring sunglasses, sports goggles, and wearing apparel. |

---

[1] The factual background is taken from Plaintiff's Amended Complaint, Motion, and supporting Declarations submitted by Plaintiff.

| | | | |
|---|---|---|---|
| TRON | 3,981,518 | June 21, 2011 | IC 009. Sunglasses. |
| HAPPY LENS | 4,463,426 | January 7, 2014 | IC 009: Lens used in glasses, sunglasses, and goggles. |
| MCCOY | 4,538,368 | May 27, 2014 | IC 009. Sunglasses. |
| SPY GLASSES | 4,805,274 | September 1, 2015 | IC 009. Sunglasses. |
| SPY LOGAN | 4,805,275 | September 1, 2015 | IC 009. Sunglasses. |
| SPY DOOM | 4,805,277 | September 1, 2015 | IC 009. Sunglasses. |
| SPY HELM | 4,805,292 | September 1, 2015 | IC 009. Sunglasses. |
| SPY TOURING | 4,805,293 | September 1, 2015 | IC 009. Sunglasses. |
| SPY FLYNN | 4,805,294 | September 1, 2015 | IC 009. Sunglasses. |
| **SPY✚** | 4,859,917 | November 24, 2015 | IC 009. Sunglasses; protective goggles for use in motorcycling, skiing, snowboarding, and biking. |
| SPY DISCORD | 4,914,603 | March 8, 2016 | IC 009. Sunglasses. |
| DISCORD | 4,919,079 | March 15, 2016 | IC 009. Sunglasses. |

*See* Decl. of Damon Cook ("Cook Decl.") [ECF No. 6-2] ¶ 5.  The Spy Optic Marks are used in connection with the development, manufacture, and distribution of high-quality goods in the categories identified above.  *See id*. ¶¶ 4–5.

Plaintiff's representative reviewed and visually inspected the detailed web page captures and photographs reflecting various products bearing Plaintiff's trademarks offered for sale through the commercial Internet websites and/or e-commerce stores operating under Defendants' domain names and seller identification names identified on Schedule "A" ("Subject Domain Names and Seller IDs") and determined the products were non-genuine, unauthorized versions of Plaintiff's products. *See id.* ¶¶ 14–15. Based on its investigation, Plaintiff alleges Defendants have advertised, promoted, offered for sale, or sold goods bearing and/or using what Plaintiff has determined to be counterfeits, infringements, reproductions, or colorable imitations of the Spy Optic Marks. *See id.*; Am. Compl. ¶¶ 8–14, 24. Defendants are not now, nor have they ever been, authorized or licensed to use, reproduce, or make counterfeits, reproductions, or colorable imitations of the Spy Optic Marks. *See* Cook Decl. ¶¶ 11, 14–15.

### B.  Procedural Background

On December 8, 2021, Plaintiff filed its Complaint and on January 3, 2022, filed its Amended Complaint against Defendants. On December 9, 2021, Plaintiff filed its *Ex Parte* Motion for Order Authorizing Alternate Service of Process [ECF No. 7] ("Motion for Alternate Service"). The Court entered an Order Granting the Motion for Alternate Service on December 10, 2021 [ECF No. 10]. In accordance with the December 10, 2021, Order, Plaintiff served each Defendant with a Summons and a copy of the Amended Complaint via electronic mail and website posting on January 4, 2022. *See* Decl. of Virgilio Gigante ("Gigante Decl.") [ECF No. 35-5] ¶ 7; Proof of Service [ECF No. 29].

Defendants failed to file an answer or other response, and the time allowed for Defendants to respond to the Amended Complaint has since expired. *See* Gigante Decl. ¶¶ 8–9. To Plaintiff's knowledge, Defendants are not infants or incompetent persons, and the

Servicemembers Civil Relief Act does not apply.  *See id.* ¶ 10.  On March 10, 2022, the Clerk entered default against Defendants [ECF No. 31] for failure to plead or otherwise defend pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.  Plaintiff now moves the Court for default final judgment against Defendants.

## LEGAL STANDARD

A party may apply to the court for a default judgment when the defendant fails to timely respond to a pleading. FED. R. CIV. P. 55(b)(2). "A defendant, by his default, admits the plaintiff's well-pleaded allegations of fact, is concluded on those facts by the judgment, and is barred from contesting on appeal the facts thus established." *Eagle Hosp. Physicians, LLC v. SRG Consulting, Inc.*, 561 F.3d 1298, 1307 (11th Cir. 2009) (internal quotations omitted) (quoting *Nishimatsu Constr. Co. v. Houston Nat'l Bank*, 515 F.2d 1200, 1205 (5th Cir. 1975)). However, conclusions of law are to be determined by the court.  *Mierzwicki v. CAB Asset Mgmt. LLC*, No. 14-61998, 2014 WL 12488533, at *1 (S.D. Fla. Dec. 30, 2014).  Therefore, a court may enter a default judgment only if there is a "sufficient basis to state a claim." *Id.*

Once a plaintiff has established a sufficient basis for liability, the Court must conduct an inquiry to determine the appropriate damages. *PetMed Express, Inc. v. MedPets.Com, Inc.*, 336 F. Supp. 2d 1213, 1217 (S.D. Fla. 2004).  Although an evidentiary hearing is generally required, the Court need not conduct such a hearing "when . . . additional evidence would be truly unnecessary to a fully informed determination of damages." *Safari Programs, Inc. v. CollectA Int'l Ltd.*, 686 F. App'x 737, 746 (11th Cir. 2017).  Therefore, where the record adequately supports the award of damages, an evidentiary hearing is not required.  *See SEC v. Smyth*, 420 F.3d 1225, 1232 n.13 (11th Cir. 2005); *PetMed Express, Inc.*, 336 F. Supp. 2d at 1217, 1223 (finding an evidentiary hearing unnecessary because plaintiff was seeking statutory damages

under the Lanham Act); *Luxottica Group S.p.A. v. Casa Los Martnez Corp.*, No. 14-22859, 2014 WL 4948632, at *2 (S.D. Fla. Oct. 2, 2014) (same).

## ANALYSIS

### A.    Claims

Plaintiff seeks a default judgment for the relief sought in the Amended Complaint, asserting the following claims against Defendants: (1) trademark counterfeiting and infringement under section 32 of the Lanham Act, in violation of 15 U.S.C. section 1114 ("Claim 1"); (2) false designation of origin under section 43(a) of the Lanham Act, in violation of 15 U.S.C. section 1125(a) ("Claim 2"); (3) cybersquatting under section 43(d) of the Lanham Act, in violation of 15 U.S.C. section 1125(d) ("Claim 3"); (4) unfair competition under Florida common law ("Claim 4"); and (5) trademark infringement under Florida common law ("Claim 5"). *See* Am. Compl. ¶¶ 46–80.

#### 1.    Counterfeiting and Infringement

Section 32 of the Lanham Act, 15 U.S.C. section 1114, provides liability for trademark infringement if, without the consent of the registrant, a defendant uses "in commerce any reproduction, counterfeit, copy, or colorable imitation of a registered mark . . . which . . . is likely to cause confusion, or to cause mistake, or to deceive." 15 U.S.C. § 1114(1)(a). To prevail on its trademark infringement claim, a plaintiff must demonstrate "(1) that it had prior rights to the mark at issue and (2) that the defendant had adopted a mark or name that was the same, or confusingly similar to its mark, such that consumers were likely to confuse the two." *Planetary Motion, Inc. v. Techsplosion, Inc.*, 261 F.3d 1188, 1193 (11th Cir. 2001) (footnote and citations omitted).

### 2. False Designation of Origin

The test for liability for false designation of origin under 15 U.S.C. section 1125(a) is the same as for a trademark counterfeiting and infringement claim—*i.e.*, whether the public is likely to be deceived or confused by the similarity of the marks at issue. *See Two Pesos, Inc. v. Taco Cabana, Inc.*, 505 U.S. 763, 780 (1992) (Stevens, J., concurring in the judgment).

### 3. Cybersquatting

The Anti-cybersquatting Consumer Protection Act ("ACPA") protects the owner of a distinctive or famous trademark from another's bad faith intent to profit from the trademark owner's mark by registering or using a domain name that is identical or confusingly similar to, or dilutive of, the trademark owner's mark without regard to the goods or services of the parties. *See* 15 U.S.C. § 1125(d). "To prevail under the ACPA, a plaintiff must prove that (1) its mark is distinctive or famous and entitled to protection; (2) the defendant's domain name is identical or confusingly similar to the plaintiff's mark; and (3) the defendant registered or used the domain name with a bad faith intent to profit." *See Bavaro Palace, S.A. v. Vacation Tours, Inc.*, 203 F. App'x 252, 256 (11th Cir. 2006) (citing *Shields v. Zuccarini*, 254 F.3d 476, 482 (3d Cir. 2001)).

### 4. Common Law Unfair Competition

Whether a defendant's use of a plaintiff's trademarks created a likelihood of confusion between the plaintiff's and the defendant's products is also the determining factor in the analysis of unfair competition under the common law of Florida. *See Rolex Watch U.S.A., Inc. v. Forrester*, No. 83-8381, 1986 WL 15668, at *3–4 (S.D. Fla. Dec. 9, 1986) ("[I]t is clear that the Court need not find 'actual confusion' . . . . The proper test is 'likelihood of confusion . . . .'").

**5.      Common Law Trademark Infringement**

The analysis of liability for Florida common law trademark infringement is the same as the analysis of liability for trademark infringement under section 32(a) of the Lanham Act. *See PetMed Express, Inc.*, 336 F. Supp. 2d at 1217–18.

**B.      Liability**

The well-pleaded factual allegations of Plaintiff's Amended Complaint properly contain the elements for each of the above claims and are admitted by virtue of Defendants' defaults. *See* Am. Compl. ¶¶ 8–14, 24–38, 48–50, 54–58, 62–67, 72–73, and 78–79.  Moreover, the Amended Complaint's factual allegations have been substantiated by sworn declarations and other evidence and establish Defendants' liability for each of the claims asserted.  Accordingly, default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure is appropriately entered against Defendants.

**C.      Relief**

Plaintiff requests an award of equitable relief and monetary damages against Defendants for trademark infringement in Claim 1 and cybersquatting in Claim 3.  The Court analyzes Plaintiff's request for relief as to Claim 1 and Claim 3 only, as the judgment for Claims 2, 4, and 5—false designation of origin, common law unfair competition, and common law trademark infringement—is limited to entry of the requested equitable relief for Claim 1.  *See generally* Mot. [ECF No. 35].

*Injunctive Relief.*  Pursuant to the Lanham Act, a district court is authorized to issue an injunction "according to the principles of equity and upon such terms as the court may deem reasonable," to prevent violations of trademark law.  15 U.S.C. § 1116(a).  Indeed, "[i]njunctive relief is the remedy of choice for trademark and unfair competition cases, since there is no

adequate remedy at law for the injury caused by a defendant's continuing infringement." *Burger King Corp. v. Agad*, 911 F. Supp. 1499, 1509–10 (S.D. Fla. 1995) (alteration in original) (internal quotation marks omitted) (quoting *Century 21 Real Estate Corp. v. Sandlin*, 846 F.2d 1175, 1180 (9th Cir. 1988)).   Injunctive relief is available even in the default judgment setting, *see, e.g., PetMed Express, Inc.*, 336 F. Supp. 2d at 1222–23, because Defendants' failure to respond or otherwise appear makes it difficult for a plaintiff to prevent further infringement absent an injunction.   *See Jackson v. Sturkie*, 255 F. Supp. 2d 1096, 1103 (N.D. Cal. 2003) ("[D]efendant's lack of participation in this litigation has given the court no assurance that defendant's infringing activity will cease. Therefore, plaintiff is entitled to permanent injunctive relief.").

Permanent injunctive relief is appropriate where a plaintiff demonstrates: (1) it has suffered irreparable injury; (2) there is no adequate remedy at law; (3) the balance of hardship favors an equitable remedy; and (4) an issuance of an injunction is in the public's interest.   *See eBay, Inc. v. MercExchange, LLC.*, 547 U.S. 388, 391–92 (2006).   Plaintiff has carried its burden on each of the four factors.

Specifically, in trademark cases, "a sufficiently strong showing of likelihood of confusion [caused by trademark infringement] may by itself constitute a showing of . . . a substantial threat of irreparable harm."   *E. Remy Martin & Co., S.A. v. Shaw-Ross Int'l Imports, Inc.*, 756 F.2d 1525, 1530 (11th Cir. 1985) (footnote omitted); *see also Levi Strauss & Co. v. Sunrise Int'l Trading Inc.*, 51 F.3d 982, 986 (11th Cir. 1995) ("There is no doubt that the continued sale of thousands of pairs of counterfeit jeans would damage [the plaintiff's] business reputation and decrease its legitimate sales.").   Plaintiff's Amended Complaint and the submissions show that the goods produced and sold by Defendants are nearly identical to Plaintiff's genuine products,

and consumers viewing Defendants' counterfeit goods post-sale would actually confuse them for Plaintiff's genuine products.  *See, e.g.*, Am. Compl. ¶ 85 ("Defendants' actions are likely to cause confusion of consumers at the time of initial interest, sale, and in the post-sale setting, who will believe all of Defendants' goods are genuine goods originating from, associated with, and/or approved by Plaintiff.").

Plaintiff has no adequate remedy at law so long as Defendants continue to operate the Subject Domain Names and Seller IDs because Plaintiff cannot control the quality of what appear to be its products in the marketplace.  An award of monetary damages alone will not cure the injury to Plaintiff's reputation and goodwill if Defendants' infringing and counterfeiting continue.  Moreover, Plaintiff faces hardship from loss of sales and its inability to control its reputation in the marketplace.  By contrast, Defendants face no hardship if they are prohibited from the infringement of Plaintiff's trademarks.  Finally, the public interest supports the issuance of a permanent injunction against Defendants to prevent consumers from being misled by Defendants' products, and potentially harmed by their inferior quality.  *See Chanel, Inc. v. besumart.com*, 240 F. Supp. 3d 1238, 1291 (S.D. Fla. 2016) ("[A]n injunction to enjoin infringing behavior serves the public interest in protecting consumers from such behavior.") (citation omitted); *World Wrestling Entm't, Inc. v. Thomas*, No. 12-21018, 2012 WL 12874190, at *8 (S.D. Fla. Apr. 11, 2012) (considering the potential for harm based on exposure to potentially hazardous counterfeit merchandise in analyzing public's interest in an injunction).

Broad equity powers allow the Court to fashion injunctive relief necessary to stop Defendants' infringing activities.  *See, e.g., Swann v. Charlotte-Mecklenburg Bd. of Educ.,* 402 U.S. 1, 15 (1971) ("Once a right and a violation have been shown, the scope of a district court's equitable powers to remedy past wrongs is broad, for . . . [t]he essence of equity jurisdiction has

been the power of the Chancellor to do equity and to mould [sic] each decree to the necessities of the particular case." (citation and internal quotation marks omitted)); *United States v. Bausch & Lomb Optical Co.*, 321 U.S. 707, 724 (1944) ("Equity has power to eradicate the evils of a condemned scheme by prohibition of the use of admittedly valid parts of an invalid whole." (citations omitted)).  District courts are expressly authorized to order the transfer or surrender of domain names in an *in rem* action against a domain name.  *See* 15 U.S.C. §§ 1125(d)(1)(C), (d)(2).  However, courts have not limited the remedy to that context.  *See, e.g., Philip Morris USA, Inc. v. Otamedia Ltd.*, 331 F. Supp. 2d 228, 230 n.2 (S.D.N.Y. 2004) (transferring Yesmoke.com domain name to plaintiff despite the fact the plaintiff did not own a trademark in the term "Yesmoke" and noting 15 U.S.C. section 1125 "neither states nor implies that an *in rem* action against the domain name constitutes the exclusive remedy for a plaintiff aggrieved by trademark violations in cyberspace"); *Ford Motor Co. v. Cross*, 441 F. Supp. 2d 837, 853 (E.D. Mich. 2006) (ordering the defendants to disclose all other domain registrations held by them and to transfer registration of a particular domain name to plaintiff in part under authority of 15 U.S.C. section 1116(a)).

Defendants have created an Internet-based counterfeiting scheme in which they are profiting from their deliberate misappropriation of Plaintiff's rights.  Accordingly, the Court may fashion injunctive relief to eliminate the means by which Defendants are conducting their unlawful activities.  Appropriate remedies to achieve this end include ordering the cancellation or transfer of the Subject Domain Names to Plaintiff; removing the Seller IDs' listings and images of goods; and requiring that the goods of each Defendant be surrendered to Plaintiff, such that these means may no longer be used as instrumentalities to further the sale of counterfeit goods.

*Statutory Damages*. In a case involving the use of counterfeit marks in connection with the sale, offering for sale, or distribution of goods, 15 U.S.C. section 1117(c) provides that a plaintiff may elect an award of statutory damages at any time before final judgment is rendered in the sum of not less than $1,000.00 nor more than $200,000.00 per counterfeit mark per type of good. *See* 15 U.S.C. § 1117(c)(1). In addition, if the Court finds Defendants' counterfeiting actions were willful, it may impose damages above the maximum limit up to $2,000,000.00 per counterfeit mark per type of good. *See* 15 U.S.C. § 1117(c)(2).

The Court has wide discretion to determine the amount of statutory damages. *See PetMed Express, Inc.*, 336 F. Supp. 2d at 1219 (citations omitted). An award of statutory damages is appropriate despite a plaintiff's inability to prove actual damages caused by a defendant's infringement. *See Ford Motor Co.*, 441 F. Supp. 2d at 852 (citations omitted) ("[A] successful plaintiff in a trademark infringement case is entitled to recover enhanced statutory damages even where its actual damages are nominal or non-existent."); *Playboy Enters., Inc. v. Universal Tel-A-Talk, Inc.*, No. 96-6961, 1998 WL 767440, at *8 (E.D. Pa. Nov. 3, 1998) (awarding statutory damages where plaintiff failed to prove actual damages or profits). The option of a statutory damages remedy in trademark counterfeiting cases is sensible given evidence of a defendant's profits in such cases is frequently almost impossible to ascertain. *See, e.g.*, S. Rep. No. 104-177, pt. V § 7, at 10 (1995) (discussing purposes of Lanham Act statutory damages); *PetMed Express, Inc.*, 336 F. Supp. 2d at 1220 (statutory damages are "[e]specially appropriate in default judgment cases due to infringer nondisclosure") (citations omitted). This case is no exception.

Here, the allegations of the Amended Complaint and the evidence establish the Defendants intentionally copied one or more of the Spy Optic Marks for the purpose of deriving

the benefit of Plaintiff's world-famous reputation.  Defendants have defaulted on Plaintiff's allegations of willfulness.  *See* Am. Compl. ¶ 31; *Arista Records, Inc. v. Beker Enters., Inc.*, 298 F. Supp. 2d 1310, 1313 (S.D. Fla. 2003) (finding a court may infer willfulness from the defendants' default); *PetMed Express, Inc.*, 336 F. Supp. 2d at 1217 (stating that upon default, well-pleaded allegations are taken as true).  As such, the Lanham Act permits the Court to award up to $2,000,000.00 per infringing mark on each type of good as statutory damages to ensure Defendants do not continue their intentional and willful counterfeiting activities.

The only available evidence demonstrates that each Defendant promoted, distributed, advertised, offered for sale, and/or sold at least one (1) type of good bearing at least one (1) mark which is a counterfeit of one of the Spy Optic Marks protected by federal trademark registrations.  *See* Am. Compl. ¶¶ 15, 24–32, 47–51; Cook Decl. 11–15.  Based on the above considerations, Plaintiff has asked the Court to award statutory damages in the amount of $1,000,000.00 against each Defendant.  *See* Mot. [ECF No. 35] at 15–16.  The award should be sufficient to deter Defendants and others from continuing to counterfeit or otherwise infringe Plaintiff's trademarks, compensate Plaintiff, and punish Defendants, all stated goals of 15 U.S.C. section 1117(c).  The Court finds that this award of statutory damages falls within the permissible range under 15 U.S.C. section 1117(c) and is just.  *See Fendi S.R.L. v. Joe Bag*, No. 19-61356, 2019 WL 4693677 (S.D. Fla. Aug. 28, 2019) [ECF No. 43] (awarding plaintiff $1,000,000.00 against each defendant); *Adidas AG v. Global Online Shopping*, No. 19-61180 (S.D. Fla. 2019) [ECF No. 36] (awarding plaintiff $1,000,000.00 against each defendant); *Louis Vuitton Malletier v. lv2014.skrar*, No. 19-61015 (S.D. Fla. 2019) [ECF No. 40] (awarding plaintiff $1,000,000.00 against each defendant); *Abercrombie & Fitch Trading Co. v. Artemis Gesdy*, No. 19-60287 (S.D. Fla. 2019) [ECF No. 36]  (awarding plaintiff $1,000,000.00 against

each defendant); *Fendi S.R.L. v. socjmkfn*, No. 19-61356 (S.D. Fla. 2019) [ECF No. 44] (awarding plaintiff $1,000,000.00 against each defendant); *Goyard St Honore v. Agote*, No. 17-62276, 2018 WL 2006870 (S.D. Fla. Apr. 19, 2018) [ECF No. 49] (awarding plaintiff $1,000,000.00 against each defendant); *Specialized Bicycle Components, Inc. v. 17 No.1-Own*, No. 17-61201, 2017 WL 3016929 (S.D. Fla. July 14, 2017) [ECF No. 44] (awarding plaintiff $1,000,000.00 against each defendant).

Plaintiff's Amended Complaint also sets forth a cause of action for cybersquatting pursuant to the ACPA, 15 U.S.C. section 1125(d).  As admitted by default, and established by the evidence submitted, Defendant Numbers 1–8 have acted with the bad-faith intent to profit from at least one of the Spy Optic Marks and the goodwill associated with the Spy Optic Marks by registering their respective Subject Domain Names which are identical, confusingly similar to, or dilutive of at least one of the Spy Optic Marks ("Cybersquatted Subject Domain Names").  *See* Am. Compl. ¶¶ 33–38, 62-68; Mot. at 29 ("Schedule B").  The Cybersquatted Subject Domain Name incorporates at least one of Plaintiff's trademarks in its entirety surrounded by a descriptive or generic term, rendering the domain name nearly identical to at least one of Plaintiff's trademarks.

Upon a finding of liability, the ACPA expressly empowers the Court to "order the forfeiture or cancellation of the domain name or the transfer of the domain name to the owner of the mark."  *See* 15 U.S.C. § 1125(d)(1)(c); *Victoria's Cyber Secret Ltd. P'ship v. Secret Catalogue, Inc.*, 161 F. Supp. 2d 1339, 1356 (S.D. Fla. 2001).  Accordingly, Plaintiff is entitled to the transfer and ownership of Defendant Numbers 1–8's Cybersquatted Subject Domain Names because it is confusingly similar to at least one of Plaintiff's trademarks.

Additionally, Plaintiff may elect at any time before final judgment to recover actual damages or statutory damages of not less than $1,000.00 and not more than $100,000.00 per domain name, as the Court considers just. *See* 15 U.S.C. § 1117(d). Plaintiff has elected statutory damages and requests in view of Defendant Numbers 1–8's intentional, wrongful behavior, an award in the amount of $10,000.00 for its infringing domain name. *See* Mot. 18–19; *Taverna Opa Trademark Corp. v. Ismail*, No. 08-20776, 2010 WL 1838384, at \*3 (S.D. Fla. May 6, 2010) (awarding $10,000.00 in statutory damages for domain name at issue). The Court finds this amount is just.

## **<u>CONCLUSION</u>**

For the foregoing reasons, Plaintiff is entitled to the entry of final default judgment. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion [ECF No. 35] is **GRANTED**. Default final judgment and a permanent injunction shall be entered by separate order.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of March, 2022.

_____

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

SCHEDULE "A"
DEFENDANTS BY NUMBER, SUBJECT DOMAIN NAME,
SELLER ID, FINANCIAL ACCOUNT INFORMATION,
MERCHANT ID, INFRINGING PRODUCT NUMBER, AND E-MAIL

| Defendant Number | Defendant / Subject Domain Name / Seller ID | Financial Account Information: PayPal Account / Payee / Store Number | PayPal Merchant ID | Infringing Product Number / Additional Email |
|---|---|---|---|---|
| 1 | spy-outlets.com | QihuaLms87@outlook.com<br>langmanjgmiyo@gmail.com<br>xinyuandalj@outlook.com | <br><br>2YNQGN249F42A | service@noreply.spfactoryout.com |
| 1 | acvpe.shop | LongQsss15@outlook.com | | service@noreply.spfactoryout.com |
| 1 | mcdcown.shop | KeLilusong@outlook.com | | service@noreply.spfactoryout.com |
| 1 | ralpher.site | reeghandbsjgb@gmail.com<br>Yun-z Network Technology Co., Ltd | <br>KHRDTU7G5V3RN | service@noreply.spfactoryout.com |
| 1 | sp.rvpd.shop | LJiansf14@outlook.com<br>reeghandbsjgb@gmail.com | | service@noreply.spfactoryout.com |
| 1 | spopsunglass.shop | WguangXzx64@outlook.com | | service@noreply.spfactoryout.com |
| 1 | spyoptiglasses.shop | Yun-z Network Technology Co., Ltd | KHRDTU7G5V3RN | |
| 1 | spy-optiglasses.shop | Yun-z Network Technology Co., Ltd | KHRDTU7G5V3RN | |
| 1 | spysunglasses.shop | DuaneRigginsdlc@gmail.com<br>xionganyunze@outlook.com | | service@noreply.spfactoryout.com |
| 1 | spy-sunglasses.shop | Weixyzzm80@outlook.com | | service@noreply.spfactoryout.com |
| 1 | xtydd.shop | cskwdzfdh649@outlook.com<br>Sharp Liss Mall<br>Yun-z Network Technology Co., Ltd | <br><br>KHRDTU7G5V3RN | service@noreply.spfactoryout.com<br>service@dealsvipuw.shop |
| 2 | spymensandwomenssunglasses.online | Populargoods2021@outlook.com | VPBBB3L87UKNW | service@noreply.vipclientweb.com |
| 2 | spyglasses.online | Fuyang Chuangmi Electronic Commerce Co., Ltd. | VPBBB3L87UKNW | |
| 2 | spymensandwomenssunglasses.shop | Fuyang Chuangmi Electronic Commerce Co., Ltd. | VPBBB3L87UKNW | |
| 3 | spysunglasss.shop | Soyadgming@outlook.com | | service@noreply.spvipcs.com |
| 3 | spsunglassi.shop | mzguangxun@hotmail.com | | service@noreply.spvipcs.com |
| 3 | spyglasses.shop | SO YA Home Building materials Co., Ltd | 5YXTF5MP942QW | |

| | | | | |
|---|---|---|---|---|
| 3 | spyopglasss.shop | bjylqdsmlx217@outlook.com | LV8XE2QQX4TXL | service@noreply.spvipcs.com |
| 4 | spyplusglasses.shop | SufondiBusiness@outlook.com | XB82FABLB5AEY | service@service.glassddmail.com |
| 4 | spyplussunglasses.shop | yichuanghua2265@outlook.com Dejapopulor@outlook.com | | service@service.glassddmail.com |
| 4 | spyprosunglasses.shop | yuanxinhong520@outlook.com | | service@service.glassddmail.com |
| 5 | spysunglasses.store | lutherdesigninc@outlook.com vttantiusly@outlook.com choiceGroup@outlook.com | PAV5EAJ668PGG 2Q5Y7XD5RT6VL | service@noreply.bestretailsale.com |
| 5 | spsunglassale.shop | highwaylifestyle@outlook.com cloudwelldeal@outlook.com Three Kingdoms Business Service (Chongqing) Co., Ltd. | PAV5EAJ668PGG | service@noreply.bestretailsale.com |
| 6 | spysunglassi.shop | LeiMoneys34@outlook.com | | |
| 7 | spyglassesdztr.shop | wangguanfang4100@hotmail.com | YULBEJTZ8LUE8 | |
| 7 | spdai.shop | Terence Online Centre | YULBEJTZ8LUE8 | |
| 7 | spdfh.shop | Terence Online Centre | YULBEJTZ8LUE8 | |
| 7 | spyglasses21.shop | FoshanBeldenshop@outlook.com | U74DXH4TB3BLJ | |
| | | Terence Online Centre | YULBEJTZ8LUE8 | |
| | | binlidatrading@outlook.com | GTUQNMS8UYPCY | |
| | | yishanclothingshop@outlook.com | 3SYSBMF65RZEQ | |
| | | mantinggeclothing@outlook.com | 9TQ2EPSSVU7VS | |
| 7 | spyglasseswear.shop | wangguanfang4100@hotmail.com | YULBEJTZ8LUE8 | support@noreply.usglassesshop.com |
| 7 | spzth.shop | wangguanfang4100@hotmail.com Chandler Outlet Shop EAPM79JPAs@outlook.com | YULBEJTZ8LUE8 Y9J89XE52FHPL | |
| 7 | spzzf.shop | Terence Online Centre | YULBEJTZ8LUE8 | support@noreply.usglassesshop.com |
| 7 | spysunglassesbsnc.shop | ZinaOwens2500@hotmail.com Farrell Fashion Market zhaolin5063wv@hotmail.com lingfantradeshop@outlook.com ruimiaoclothingstore ruimiaoclothingstore@outlook.com | 8N6B3LJPJPPUC LAVDYHARMNG8W S69RUAJQ682KE AYTYK3T24S7U6 | support@noreply.usglassesshop.com |
| 7 | fwysunglasses.xyz | xushuang1996815@outlook.com YuanZhenhua9720@outlook.com | | support@noreply.usglassesshop.com |
| 7 | noaglassesoutlet.online | GaoJincheng0201@outlook.com duanfei5847@hotmail.com bethanypeterson38@hotmail.com | T6PRHFMJA7DP6 E6CDQ9K6WZH72 | support@noreply.usglassesshop.com |

| | | zhanglisha226@outlook.com | SDC33XZJPEMP8 | |
|---|---|---|---|---|
| | | zhouli9636@outlook.com | VKXRZCTCMSS6G | |
| | | johnrussell5398@hotmail.com | W4BB4YRB8GD24 | |
| 8 | spysunglassesopid.shop | XiaoyuCommerceStore@outlook.com | 48YBJPZBSP8V6 | |
| | | JaydaColeman880@hotmail.com | CVZU66HDD4844 | |
| | | Hangzhou Miyou Trading Company xuhongliang1977@outlook.com | L5H9R97ELK7Q4 | |
| | | hancuimingfangshop@outlook.com | 84WUZA72BZ2LNm | |
| 9 | tgbdm.shop | crayfishsite@zoho.com.cn | | sale@tgbdm.shop |
| 10 | xjhmyj.online | Fr0i6hxivn9ELWR@outlook.com | | support@noreply.ixglassesshop.com |
| 14 | all_in_onestore | Transaction ID: 5CE88951U7101741V | | 353497455468 |
| 18 | jackma21 | Transaction ID: 70P48822WR178905H | | 284325842071 |
| 21 | locas_6443 | Transaction ID: 6N973421KF253070U | | 393407815919 |
| 23 | 88bar | yitanghuameng22@163.com | | 194260700085 |
| 24 | chonganstore | chathumilakshan@gmail.com | | 393314084511 |
| 25 | fanshop88 | fanzhifandz@outlook.com | | 384062558634 |
| | | Transaction ID: 001121515L837603J | | 384062558634 |
| 26 | global-shop-online a/k/a subastas-outlet-2000 | canosacasa@gmail.com | | 174270267341 |
| | | Transaction ID: 48G31184JS6765017 | | 174270267341 |
| 27 | globix.store | narek719957@gmail.com | | 363324987853 |
| 28 | hahaeveryday | gao19851224ka@hotmail.com | | 324669771750 |
| 29 | happyniu2019 | happyniuniu2019@aliyun.com | | 253757925740 |
| | | Transaction ID: 8EH691478Y3982244 | | 253757925740 |
| 30 | happysolutions | happysolutions.zj@gmail.com | | 373554128163 |
| 31 | maryord-14 | timght@gmail.com | | 402754603639 |
| 32 | tha_baby | thababy987@gmail.com | | 133797341544 |
| 33 | the_full_cart.store | icontrolss99@gmail.com | | 265081772037 |
| 34 | ukstorelk | priyantha.kumara19890317@gmail.com | | 265093620855 |
| 35 | universalestore99 | razvanszalacsi@yahoo.com | | 384048024996 |
| 36 | v*lianxstore*v | guodonggeng1988@163.com | | 284250780141 |
| 37 | Cycling Travel Store | 900243034 | | 1005001388699641 |
| 38 | Dian&Yang Store | 5434117 | | 1005001345949234 4000649124725 |

| | | | | |
|---|---|---|---|---|
| 39 | GOOOG Store | 911239106 | | 1005002091965733<br>1005001872859645 |
| 40 | OANRAYS Store | 4052093 | | 32969943538 |
| 41 | Phineed Sunglasses Drop Shipping Store | 4495053 | | 1005002301760882<br>1005002301795675 |
| 42 | Shop5023094 Store | 5023094 | | 1005001464791457 |
| 43 | Sunglasses Franchised Store | 1452061 | | 1005002300669941<br>1005002539362463<br>1005002539326773 |
| 44 | URUS Store | 3133026 | | 1005002320327092<br>1005001471344671 |
| 45 | Awesome Glasses Store | 5798675 | | 1005002549002212 |
| 46 | chengcheng Sunglasses Store | 4033087 | | 32891145534<br>32873124816<br>32884525314 |
| 47 | GOOD SUNGLASSES Store | 911908147 | | 1005002547762105 |
| 48 | MG-SUNGLASSES Store | 911757441 | | 1005002348393871<br>1005002719478226 |
| 49 | RoadBlock Store | 911032014 | | 1005001692280821<br>1005001708266561 |
| 50 | Shop5081471 Store | 5081471 | | 1005002136925298<br>1005002137018039 |
| 51 | Shop900251481 Store | 900251481 | | 1005001557924283<br>1005002092047673 |
| 52 | Shop911515004 Store | 911515004 | | 1005002109821602<br>1005003088913605<br>1005002819632831<br>1005002488104343<br>1005002487928865<br>1005002487953798 |
| 53 | Sunbright Sunglasses Drop Shopper Store | 911790020 | | 1005002390845265 |
| 54 | WF Store | 4445007 | | 32926023003 |
| 55 | WGESUN Store | 911773151 | | 1005002932195393 |
| 56 | Ywjanp Store | 4639086 | | 32959547173 |
| 57 | ZAIQING Store | 5427086 | | 4000325606340 |
| 58 | ZSMEYE Official Store | 4215017 | | 1005001616975103 |
| 59 | danuelhouses | 21635550 | | 664599247 |
| 60 | dhgate_bagss | 21661176 | | 688783944 |
| 61 | dhgate_glasses | 21661179 | | 688782742 |
| 62 | dhgateclothing | 21661172 | | 688941880 |
| 63 | guomimenlu | 15749601 | | 449066521 |
| 64 | happydhgatestores | 21609010 | | 629298204 |

| | | | | |
|---|---|---|---|---|
| 65 | hermane | 20329350 | | 671141868 |
| 66 | kingclothings | 21661145 | | 688786877 |
| 67 | kingfashionmall | 21661189 | | 688785777 |
| 68 | kingqueenhair | 21661187 | | 688784272 |
| 69 | kingsunglasses | 21661174 | | 688782804 |
| 70 | ladyqueens | 21661185 | | 688820767 |
| 71 | mingsdhgateso | 21641914 | | 673141382 |
| 72 | qy8sunglasses | 21639619 | | 662100612 |
| 73 | skywatchs | 21661133 | | 688782499 |
| 74 | superbagss | 21661184 | | 688994631 |
| 75 | troydaniels | 21635198 | | 671814594 |
| 76 | hopesunglasses | 20732060 | | 402274523 |
| 77 | ppfashionshop | 20765093 | | 412716568 |
| 78 | Ailefent Lemeng Taiger | 5ec26d4aa6438b57a5042fbe | | 605806b53a6f62b168a0d254 605c3106dcda4feba2d1bd13 60668f80f2a102b79d31f7e4 606565719f5f961d4f5fb613 |
| 79 | Banbudadada | 5b3091657752c8045c725e64 | | 6076b1868cec4da62d734fcb |
| 80 | Best of Tumblr | 601fa7f6044fbb2d0c901c97 | | 607e8d0f880029352d9033df |
| 81 | briqoghve | 5e5b4954f5995fcdddce110d | | 60586083735a5f953c4af1ea |
| 82 | chcan23 | 5ebf375bbf13a520032b35a6 | | 606b32b62c207bdd160e4e93 607c3fd52d2ceee395db22a0 606dcecb0e715f594ef10f56 60abf8ac423bda26dbd10344 |
| 84 | Fashion taste of life | 586fbd8b8c30e82bdcce557d | | 5f43839ff371645631d37bf9 |
| 85 | fghyhcfue | 5fa0d10433a6743e629e86db | | 60628b628a5caf64de3931e4 |
| 86 | gaoshan Store | 5f58944614f157568adff656 | | 606c6cf901f55a576636d422 |
| 87 | Happy shopping GOGOGOGO | 586e3c438c30e8093e5c6bc3 | | 5f4383a96cd8f977eb6782af |
| 88 | hnxiaodong1027 | 603f54b4c45b713b857d534d | | 6052e42bd3e0b009f7083308 |
| 89 | jntajtjmtj | 5b0243a37d4d84171b90b7fe | | 6051bb522b1c9d3b3840e609 |
| 90 | Just For You Baby | 5837fc7e0299bc07d974a4da | | 60795b08c89f6d79bc265664 |
| 91 | likuibaihuopu | 5e5e17df6a6aff18ea64f93b | | 605d5159711b379ef828d244 |
| 92 | meiqingmuxiu | 5d7f4382b6b4c23c83cceb46 | | 606d5e472329ed5608fd6704 |
| 93 | mengmenga | 5d831e6422e7777c42dc187e | | 604864b3bdcaa4ba10641c41 |
| 94 | Neuroscience Online | 601fac7b4eeb7304eab94012 | | 6064188d3f9f2b5b41a17d3d 6051a6971b25d3f4f5a2ba3b |
| 95 | nixiao | 5941185a20d56c1aaf9ccd6d | | 606c4c9b76908ce4a4530181 |
| 96 | QHU78SHI | 5d5b867e283abc43e94a3320 | | 60826ba1ca26625c5a067cd3 |
| 97 | qinmingjingpinpu | 5e5f910ca6757d1882435a7c | | 6059acc2000beb93a5d0f99f |
| 98 | sadweqd22 | 5d5b44a634037d39c521bca3 | | 6073e37e9391ad3779706b74 |
| 99 | shiqiaofengya | 5d7f50a48c8dc70a40b96bf4 | | 60655ca591bc9d06d7fff27c |
| 100 | SHUTEBO4 | 5aaf8ab8b9605f1f0501e064 | | 606edf0216bd9eeef7c9477f 606558a016d8a100d1f4f747 6073d9a9a6b2fb23c0e837d |

| 101 | Shuwak Bairand Qilasrert | 5ec8f713f3f35248964b9e36 | | 60580f25406b07a1f58892b2 |
|---|---|---|---|---|
| 102 | smeathebphd | 5e96ad30ecbf9d3a78765f37 | | 5f6ac45c6b2e4b0a49e0d2a0 |
| 103 | sooplight | 57d12217c496d10fd6a706fd | | 6064174781ef15589b5ee7de |
| 104 | tuesdrtg | 5e37a660a548d5447592acbd | | 6056f3df094529d668b7168a |
| 105 | uzice | 5fcf5bbbf7b2025cb191b7df | | 606aa8791c34b45835e881d4 |
| 106 | wangzhikun666 | 5e5098947b7ddf054069a67e | | 5ff9751b4f35c096b78aa941 |
| 107 | Warmspringsun | 5af6901c7824ca1f63417eef | | 606eae330b72966cec7a5872 |
| 108 | Week bar | 576f43c1007370740c4bed34 | | 5f4383b6045f830039e4c868 |
| 109 | WLH store | 587a23db0366d00cb28dd4f1 | | 5f37de71b4faef0051293e04 |
| 111 | zfyyouth0101 | 5a38a7d512fa1c56af8f093a | | 607948fb08e3be45290b9bde |
| 112 | zhaohaofeng | 584833b3582efa13144a8364 | | 60ae657419e6fdfe1d215358 |
| 113 | apilooking | 58a56b643a8c36510ee68041 | | 6085131ced0358ee18154813 |
| 114 | neutrally fly | 59205c7e81f8e7245bf5140e | | 60cc6e4d0f8ea26a65f71f56 |
| 115 | MISSGU | 59771e8fc7f5051ea2f6674e | | 6065427005ea2db96c78c519 60f0fd7fd3c058554f83dc7 6094b32ca5410564d08a03a7 |
| 116 | czyouth2029 | 59e99bab5d6f343c89a617e6 | | 60bad77d8f1da43a81e1f1f9 |
| 117 | tatalo115 | 5abc92364215952aaf9e949b | | 608688312c450d6b0e62935e |
| 118 | luoxiansheng | 5abfcdaea6f62e41d1698be6 | | 608a1bcee76a660e831249e1 |
| 119 | bingbadaoao | 5b02226b66ca1b177872dcb0 | | 60667a43afcf635ea99a0036 |
| 122 | Zhaozhao2 | 5b2cb14c5676c3789521c70d | | 6093541df484137aa5ce156c |
| 123 | NB yi | 5b4da960d5dbc2205d4422e0 | | 606563578f61401a85d399ef |
| 124 | duo-guo | 5b90b3d08d567673376780ac | | 60af2bdcc8611502546de40d |
| 125 | Game & Toys | 5d3f1660e4b65d62081e7379 | | 609a43fc4878deed03450421 |
| 126 | krhs | 5d42c9ab8388970cf92a26c4 | | 606c283bf4ee697c73b7dcc9 |
| 127 | 44j6trw | 5d43e8124c78556cc1e59ba1 | | 60655e1e4dd35e0628d0ddd9 |
| 128 | 89gagky | 5d43f95170327a6cea6831d7 | | 606d15242133e28db22f4ae6 |
| 129 | nkjdvv | 5d491d667ad2420a41ba4b13 | | 609b8e0de60c465636037cac |
| 130 | Yoogamer | 5d50d8507ad242504df71fbd | | 60cc23a41da1f1ca823a7ae6 |
| 131 | ZZML | 5d626d3127367804f6ad691f | | 6114c2ab1c541f519cd74951 |
| 132 | aijia-liuxin | 5d7dc08a8c8c75f83888523 | | 60dfdfc151488ac5aa996a66 |
| 133 | wenchenggongzhu | 5d7f4d2a2888354bc2398112 | | 60654237fc05b4bb845d9541 |
| 134 | enjoy oneself nice | 5d821eb71c4dc67a24f4983d | | 60826b84df16f1400d4b874a |
| 135 | 1212ZX | 5d82d3dc7e8eba597d35cdae | | 606680db3b7c5386534dadba |
| 136 | KOUYB761 | 5d88241a8c8dc7531846c080 | | 606c01119c5b33125161530a |
| 137 | QIYYY12 | 5d8c5fed7137803c00f0cd88 | | 606556513fa761f05cd99ec3 |
| 138 | vidmhjf | 5e211bed54e85f0645e903ef | | 60cabd743ae6ceb7267ca0cf |
| 139 | iandgero | 5e3693d5e489d51c6c965ccd | | 607a78ea68dc6e2242f89dcf |
| 140 | xinyuxiaodian | 5e590c271c24e498554bb3ca | | 60caca6a444b9ab2c2c409d |
| 141 | baueklus | 5e5b50936ac64ed6bef9d7b0 | | 6059ac9aa924ffa78997d4e8 |
| 142 | qinmingzahuopu | 5e5f81bcec5cd32a4141320e | | 60713d8dd3d4c732bddc8c17 |
| 143 | qinmingjinpin | 5e5f8a2ac422b90ddf57dc0b | | 606ea34b5996913f9bef211b |
| 144 | guanshengzahuo | 5e5f9f7ea6757d426b430299 | | 609cbbf6c295327826236e64 |
| 145 | grieiydebso | 5e6089e2cdcecef095820158 | | 60b8b38045bdf62c28ba09e6 |

| 146 | zhangqingbaihuo | 5e60eb50cce71246311386d7 | | 60655d35c633db023a4f0fc9 61249a61f9af80226d64591d 606c3de698a6ffc498d74012 60cc3c81cc44fb02093fc83f |
| 147 | dongpingxiaodian | 5e61c752c6cc3a12cd89d456 | | 605ef017b9efaf464af56a66 |
| 148 | rannujoqge | 5e670ba2589024313913f491 | | 606fedcb03c36b31b85d80ca 607ec6e47839f8b763074697 |
| 149 | Autumn Vogelx | 5e685212f2699a321ec3cd28 | | 5f655c24491d290040e36ef0 |
| 150 | wfh09 | 5e6932d72fb13fe3c20a9328 | | 607d3de9a357035eea00e68c |
| 151 | YunraojidL | 5e6ce5171e1985070025312b | | 6094ef60111b0200ed21286c |
| 152 | YHJWAN | 5e71dafedada4f0047d046e0 | | 60fbb7304e7c0a4e100a0b12 |
| 153 | Antonioza | 5e7472d64e1e8233d02c17c7 | | 6121c606a160fbccc4d44813 |
| 154 | znufcu | 5e78cb3b4fed550ec06652f8 | | 60cc2503ae0654db16f36f29 |
| 155 | guss6g4q0oc4 | 5e80b477e273cd57004b2f81 | | 60ee8ec5b61b6968c6d04b40 |
| 156 | mclasetfvvo | 5e904d4e9bbc2b09428f055f | | 608506bfdaf5b3ff07164a70 |
| 157 | daffitbljfau | 5e93647f46be6ad700df1e05 | | 60201c591138a6ca7141f8e5 |
| 158 | teeteightvju | 5e93779ca93effe22247901c | | 608ebc174304ef7e0d0bdeae |
| 159 | thotethoby | 5e937c14a93effe4cf4790b0 | | 60c4e4721a1b83b1c02ec32e |
| 160 | titateskixles | 5e958aee0bd69706e2155a5d | | 5f655c005c090f2ac6e8cb19 |
| 161 | losekkgy | 5e958c4365a1793001fc9822 | | 5f655c059c952d30e879f880 |
| 162 | slithesbnoosj | 5e958e8edc7da93bdb768103 | | 5f655bfa6e695630c625c979 |
| 163 | sheshiriemc | 5e958efadc7da93bb47681f1 | | 5f655bfbd868940040745a64 |
| 164 | nesheighoyroe | 5e958f7f3b55ac02001a4abd | | 5f655bfc329c60004f0e33a8 |
| 165 | patitoughmexaa | 5e958ff94ebef1398df4ec82 | | 5f655bfdd6d5b82ebf282987 |
| 166 | mcshoorefkhiqp | 5e9590e6fbe93c37856fcb83 | | 5f655bfe6b556513890a4b20 |
| 167 | toatasuqpff | 5e959a26ec27b440dbcb9bfc | | 5f6ac49696703b003eda2d95 |
| 168 | shockoufs | 5e96c11e058b714c78edc5e6 | | 5f655c26377fb73330945be7 |
| 169 | Marilynyya | 5e987135920fc8bad4f28db0 | | 5f655c088ab312311a7f7025 |
| 170 | CharlesUUa | 5e992ab629e7861e74d267ef | | 5f655bf943b3a13285201104 |
| 171 | Terraaa | 5e9967bbeece7658c06696fb | | 5f655c208ab31234237f628e |
| 172 | angelaaaa | 5e9968e95ca37f2315577c7b | | 5f655c0a03764d003dbfaa04 |
| 173 | Lisaaaa | 5e996d6229e7866629d2668a | | 5f655c0c7348d12d8ad245d1 |
| 174 | Luisaa | 5e9970eaeece7632026724c2 | | 5f655c22d696590045b0e126 |
| 175 | TracyAnneaa | 5e997707f4479b8161df335a | | 5f655c0e2745750df87cebf3 |
| 176 | Amyaa | 5e9977d2eda468830dbeb3f2 | | 5f655c0798368f34ddb34d41 |
| 177 | Brianaa | 5e9979e85ca37f31ce577c1f | | 5f655c06cd8a68378dfc5149 |
| 178 | Williamaaee | 5ea2501173900e124a7c8a56 | | 602012bd1473460050b5de2 d |
| 179 | Markaaee | 5ea255eec8d26d16c0e98755 | | 5f70b469eb378c2929694683 |
| 180 | Oliviaaaee | 5ea2563641e7f02f7aad7cdd | | 5f655bebc3bc7f318d9091eb |
| 181 | pataaee | 5ea25926e34afe0440dfba96 | | 5f655bee5616ce3131b19000 |
| 182 | Senbeneng cots | 5efebc2892285a6b467c5878 | | 608b66d90e71d539c563c2d0 |
| 183 | torowivens | 5f06aa9ab730762c440effa6 | | 608af6fe06c6761c756eb5eb |
| 184 | mjtyj | 5f2e4481a1eaf802e8b78a55 | | 60f7d578477be8bd4792ce7d |
| 185 | iposter6653 | 5f40969136d382840e1a4517 | | 60c4834a25c5611d54189876 |

| | | | | |
|---|---|---|---|---|
| 186 | Shoperan | 5f427ee829e78637230587fa | | 60c663b13c367a6e1d1f684d |
| 187 | MariaJeans | 5f43227d29e7863e700587ac | | 608bb147e9c150ddaa86e108 |
| 188 | HTHRT | 5f4648a006543fd4db394ffc | | 60b476290a785b18f3cc6b73 |
| 189 | Porron shop | 5f51c81603c06e25012e1e9c | | 607a036bb64f2aac661b4bfd |
| 190 | Ronald david barrios | 5f6b57683e645b3d7658ffcd | | 6081e44af36d5bf2886fda47 |
| 191 | Variedades Yuli | 5f6bd4374cc3885930be9f66 | | 608631557156902120 8bafde |
| 192 | Creaciones jbelen | 5f6be07bd2741989f75fadc6 | | 6080875d11c3497a0bcd89df |
| 193 | Oxirisplayolv | 5f6e2b0aa498d577a735ed90 | | 607d2ab7afb4dc058c8d0e3e |
| 194 | Catshop.vicky | 5f73d18ade6a5337a8ce3c55 | | 609097ef8e747b90139674c5 |
| 195 | facilitoandre2 | 5f7425a009237cbea0ba738f | | 607911e754dd90af7503ee59 |
| 197 | zhanggang68 | 5f7eaa9d498e2b10ea8fa7a1 | | 606c5f014ef5751bec9c78cd |
| 198 | Market Truts Crosk | 5f7fa03f1689b500505d28a3 | | 607f7696988fd8005e95b242 |
| 199 | hangyungjian | 5f7ff538e64ad803fc562f9e | | 606c5dcc4859a50d60e2910a |
| 200 | hybridization | 5f8db7ba19a61afb83f6c187 | | 60c3fa43d18ef90632d8284d |
| 201 | laevulose | 5f8dbe1fc525e5b69c1dab83 | | 60dfd8697c6203ca979b1957 |
| 202 | Dickens | 5f8dd4661c80850d30f16476 | | 611a44f4c6b3c700771d3244 |
| 203 | QISHENE | 5f8f5f56de940f07c2c7ff6e | | 6078115b545859cdedde69cb |
| 204 | ganocephala | 5f8fc15843db78e4bcc9cf73 | | 603dd94074d102a1472fd87d |
| 205 | Eviegive | 5f9192a5446a0d8f7fd5f823 | | 60a1e8f11370de24003cb533 |
| 206 | Sigdsjcvhjc | 5f9220d319c41e1a0c1bf23d | | 60a1e8811fada4a2f5aa042f |
| 207 | SxCN | 5f9a3e3e59048313bdf857a2 | | 6073af4c1e4351b434eeaca6 |
| 208 | francia y paris | 5f9b00ba2a917a027d8af5a4 | | 6090adf8d16a618fd05a3da4 |
| 209 | pedritoperes212 | 5f9b11370e46e935f1c80381 | | 607e30c0519b5147ea16c9e1 |
| 210 | lacasadeloshuevosdeoro | 5f9b3a4359048374c9f85630 | | 60853ce8ff1c29f0695ae6a8 |
| 211 | prendamayoress | 5f9b3caa8a161ae5c85ca898 | | 606b7360852e0faa27fd9134 |
| 212 | Novedades Irene S | 5f9b49f8c934d70467f27640 | | 60807944992aca259c6a89ee |
| 213 | Brocylon | 5f9b59a1c934d7112cf2766e | | 607c5d4163e3dbddcefe99c1 |
| 214 | Oswaldo food fast online | 5f9c61a323aaec7e83a51b7b | | 605e67e421ad6db221fd331f |
| 215 | inversiones auto cauchos | 5f9d87766535343487d4faa1 | | 607dff536760324444e4ea5a |
| 216 | Desordenados | 5f9f5d1116ae6905d12c21b5 | | 608da6295a5e6d0b7fc23b6c |
| 217 | huangdan1980 | 5f9f8afc6535341cf9d4f940 | | 60d591b35d9786008d0e88f8 |
| 218 | lindos mares | 5fc2ff9c10cec6db8f6735c5 | | 608be7a4b5c8885e30366b8a |
| 219 | Qacmary | 5fc601fabee3db6dac044a31 | | 60f4dbe1c3c1845199b8ae8d |
| 220 | Serbeiro | 5fcbc49491d2e50dd476120d | | 60ad8b3a30a15f005dd36571 |
| 221 | County Seat | 5fcc38adb3d3424f52d1c73a | | 607a69158bafeefc582109a8 |
| 222 | Superior Interactive | 5fcc66d88540d181e21e64b6 | | 6077ce40d434ae05313d1535 |
| 223 | Galaxy Man Man | 5fcc67f2b3d34273aed1c7eb | | 607a694ef15349fedcd0d428 |
| 224 | Veramons | 5fcc6a4368d20e77eba1acd3 | | 60797f9d096afeed47734d8b |
| 225 | Purity 88 | 5fcceeb6c68845038e77ccef | | 607a69341b9755f4a5dc12b7 |
| 226 | Alibean | 5fcd447991d2e542df76115e | | 60a9b6deb55e040ec7c02e6d |
| 227 | burguerazul | 5fce93f991d2e587f676117c | | 60c083f5dac04a4e521c539a |
| 228 | nativeeast | 5fce985f1b3ca391133a2a3a | | 60b7b74ed4405e1a2aa70439 |
| 229 | bosscosmetics | 5fce9e7ab1d5b403205f45cf | | 60bea024144bf930a7bb9232 |

| 230 | Ghombro | 5fd1e5f149eb683a3d8a794e | | 60b42786daa7bdbd5055d734 |
| 231 | Pasardo Store | 5fd26b828145f8200fa527b3 | | 60b57724d81faf6dcce0685c |
| 232 | Tobys St-tore | 5fd28366e2ffdf350da7c044 | | 60b4b62109a1a9ee98352152 |
| 233 | Store My Tinos | 5fd28a6280265a004af9709f | | 60aed9506c645945b5b3ffac |
| 234 | Anime_MyS | 5fd29fdc53011c10b704b692 | | 60b56a3d40d411290a570585 |
| 235 | Elizabetbus | 5fd3ad5dc64c70acd276ab30 | | 60bf07a0b5e81dd844a9c213 |
| 236 | Impulsively | 5fd3c06f58cd77c3d6e7f65c | | 60dd08f4d5cc565f3bb09726 |
| 237 | Charlesparkle | 5fd5226a7885461cb1393636 | | 60ce20fb12d62d54f333c42b |
| 238 | Heavenly4 | 5fd79922c4fa1b3faa6300ef | | 60bf06ce4cbb11c99c04b467 |
| 239 | Cauthias | 5fd7cca74706208bd3206bc3 | | 60d2c86fe4f5ed566b4da291 |
| 240 | Jaycjohnso | 5fd8161c8076461c3fbfcdf4 | | 60c23f7beca8eaeda7117f8f |
| 241 | Lovvly | 5fda974856a431861eef123e | | 60cd104be6ea27ca2d098c42 |
| 242 | dtryeuy | 5fe2e5eaf35ecb61eff524ae | | 60a3703db4922f88b09d52d2 |
| 243 | Creative and novel shop | 600f6d62bc5d790f90f74a6b | | 6077c8913d7953f653688a87 |
| 244 | WANGZ4599CFCF | 6040771586290b0bc09c72dd | | 608167ce57dcb1da65378a24 |
| 245 | zhaojihua2412 | 604d74659d156e5eaf1d7457 | | 60865c126315badbd8b957a1 |
| 246 | tianfengxia3628 | 6064066a7603f804dca5f32b | | 60faa730a5eb40863d390a1d |
| 247 | Sand Corruptions | 6064ee0a28856b004262c9f2 | | 60ba1a4dcf3883674b945f59 |
| 248 | wangyujun896 | 60682a6ae08c778173ae24be | | 60adabda07fc2d5a7dd6d08f |
| 249 | chongzhiauu | 60727f5b0e3b2992bfd4403b | | 609366712de88751e2af3a7c |
| 250 | tkbx1122 | 6077d22ceaf4c85900af739d | | 60963017a54105e88c89feaf |
| 251 | Johsonxi | 60927ab4854dbf530c7231ed | | 60cc3b40bf9c8bf2821b3765 |
| 252 | wangxiaofei223368 | 609b5337e6e60f2306254001 | | 60d2ae1a411d610046ae8530 |